LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
EFFIE A. STEIGER         8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 523-5900

LAVELY & SINGER

MARTIN D. SINGER         California Bar No. 78166
PAUL N. SORRELL          California Bar No. 126346
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-3501
*(Admitted Pro Hac Vice)*

Attorneys for Plaintiffs
DUANE "DOG" CHAPMAN, and BETH CHAPMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DUANE "DOG" CHAPMAN and BETH CHAPMAN, | ) ) ) | CIVIL NO. CV08-00552 HG LEK (Contract) |
| Plaintiffs, | ) ) ) ) | **PLAINTIFFS' MOTION FOR ORDER TO CONDUCT JURISDICTIONAL** |
| v. | ) ) ) | **DISCOVERY IN ADVANCE OF FILING OPPOSITION TO** |
| MAUREEN KEDES KRUTONOG fka MAUREEN KEDES; VERTEX COMMUNICATIONS, LLC, a limited liability company, DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, and DOE PARTNERSHIPS 1-20, | ) ) ) ) ) ) ) | **DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(B)(2) AND HEARING THEREON; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BETH CHAPMAN; DECLARATION OF PHILIP R. BROWN; EXHIBITS "A"** |
| Defendants. | ) ) ) | **AND "B"; CERTIFICATE OF SERVICE** |

F:Chapman (Kedes)/Pleadings/Jurisdictional Discovery Motion

No Trial Date Set

## PLAINTIFFS' MOTION FOR ORDER TO CONDUCT JURISDICTIONAL DISCOVERY IN ADVANCE OF FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(B)(2) AND HEARING THEREON

Plaintiffs DUANE "DOG" CHAPMAN and BETH CHAPMAN hereby move this Honorable Court for an Order to conduct limited jurisdictional discovery in advance of filing their Opposition to Defendants Maureen Kedes and Vertex Communications, Inc's Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) (filed on December 15, 2008) and the Court's hearing thereon, currently scheduled for March 2, 2009 at 10:30 a.m.

The requested jurisdictional discovery is limited to one set of document requests, one set of special interrogatories, a subpoena for documents issued to the Kahala Hotel and Resort in Honolulu, Hawaii, and the short depositions of Defendant MAUREEN KEDES ("KEDES"), her husband Boris Krutonog, and KEDES' assistant, Heather Hyde (who has personal knowledge of KEDES' travel and schedule during the relevant time period). Plaintiffs also request the deposition of the Corporate Designee of "Harry Witz and/or Harry J's, LLC" (owners of an unidentified Kauai restaurant referenced in ¶15(a) of KEDES declaration filed in support of Defendants Motion to Dismiss Pursuant to FRCP 12(B)(2)). The depositions will be limited to a maximum of four hours each and will be taken in the County where each deponent resides.

DATED: Honolulu, Hawaii, January 16, 2009.

/s/ Philip R. Brown
PHILIP R. BROWN
EFFIE A. STEIGER
MARTIN D. SINGER
(Admitted Pro Hac Vice)
PAUL N. SORRELL
(Admitted Pro Hac Vice)

Attorneys for Plaintiffs
DUANE "DOG" CHAPMAN
and BETH CHAPMAN

1

F:Chapman (Kedes)/Pleadings/Jurisdictional Discovery Motion