IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DUANE "DOG" CHAPMAN and BETH CHAPMAN,, ) | CIVIL NO. 08-00552 HG-LEK |
| Plaintiffs, ) | |
| vs. ) | |
| MAUREEN KEDES KRUTONOG, fka MAUREEN KEDES; VERTEX COMMUNICATIONS LLC, a limited liability company, DOE DEFENDANTS 1-20, DOE CORPORATIONS 1-20 and DOE PARTNERSHIPS 1-20, ) | |
| Defendants. ) | |

**ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION (DOC. 77) TO GRANT DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A) (DOC. 63)**

Findings and Recommendation having been filed and served on all parties on March 9, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 77) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 30, 2010, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

cc: all parties of record